# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGIC LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HORKOS, INC. d/b/a PRIVY, <br><br> Defendant. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Magic Labs, Inc. hereby states that it has no parent corporation and that, to its knowledge, no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| DATED: September 1, 2023 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>T: (302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiff*<br>*Magic Labs, Inc.* |
| Daralyn J. Durie<br>Ragesh K. Tangri<br>Timothy C. Saulsbury<br>Michael Burshteyn<br>Joyce C. Li<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br><br>Sara Doudar<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd.<br>Los Angeles, CA 90017<br>(213) 892-5200 | |