IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGIC LABS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-967 (RGA) |
| | ) |
| HORKOS, INC. d/b/a PRIVY | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT HORKOS, INC.'S MOTION TO DISMISS THE COMPLAINT<br>PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 35 U.S.C. § 101**

Pursuant to Fed. R. Civ. P 12(b)(6) and 35 U.S.C. § 101, Defendant Horkos, Inc. ("Horkos") moves to dismiss the Plaintiff's Complaint for infringement of U.S. Patent No. 11,546,321 for lack of patentable subject matter. The grounds for this motion are set forth more fully in Horkos's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

OF COUNSEL:

Clement S. Roberts
ORRICK, HERRINGTON
   & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
(415) 773-5700

Alyssa Caridis
ORRICK, HERRINGTON
   & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA  90071
(213) 629-2020

November 16, 2023

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 16, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Ragesh K. Tangri, Esquire<br>Timothy C. Saulsbury, Esquire<br>Michael Burshteyn, Esquire<br>Joyce C. Li, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sara Doudar, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd.<br>Los Angeles, CA  90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)