IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGIC LABS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-967 (RGA) ) |
| HORKOS, INC. d/b/a PRIVY | ) ) |
| Defendant. | ) ) |

### DEFENDANT HORKOS, INC.'S PARTIAL MOTION TO DISMISS PLAINTIFF MAGIC LABS, INC.'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 35 U.S.C. § 101

Pursuant to Fed. R. Civ. P 12(b)(6) and 35 U.S.C. § 101, Defendant Horkos, Inc. d/b/a Privy moves to dismiss Plaintiff's First Amended Complaint for Patent Infringement (D.I. 14) as to United States Patent No. 11,546,321 for lack of patentable subject matter. The grounds for this Motion are set forth more fully in Defendant's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Alyssa Caridis
ORRICK, HERRINGTON
  & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071
(213) 629-2020

Clement S. Roberts
ORRICK, HERRINGTON
  & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

January 22, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGIC LABS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-967 (RGA) |
| | ) |
| HORKOS, INC. d/b/a PRIVY | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

WHEREAS, Defendant Horkos, Inc. d/b/a PRIVY, having moved to partially dismiss Plaintiff Magic Labs, Inc.'s First Amended Complaint (D.I. 14) pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101; and

WHEREAS, the Court having considered Defendant's Motion and all submissions related thereto;

IT IS HEREBY ORDERED this ____ day of _____, 2024 that Defendant's Motion is **GRANTED**.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 22, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Ragesh K. Tangri, Esquire<br>Timothy C. Saulsbury, Esquire<br>Michael Burshteyn, Esquire<br>Joyce C. Li, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sara Doudar, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd.<br>Los Angeles, CA  90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)